UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCENTCARE, INC., et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>EBONY JACOBS,<br><br>    Defendant. | Case No. 15-cv-03668-JSW<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE, STAYING CASE, AND REQUIRING STATUS REPORT**<br><br>Re: Dkt. No. 35 |

The Court GRANTS the stipulated administrative motion to vacate the initial case management conference for good cause shown. The Court VACATES the case management conference.

Additionally, although no motion to stay this case has been filed, the stipulated administrative motion seems to indicate that the parties seek a stay of this case while they are proceeding with the merits of the claims in arbitration and there is an appeal pending in the Ninth Circuit. Accordingly, the Court STAYS this case pending appeal.

Either party may file a motion in compliance with Civil Local Rule 7 to lift this stay at any time. Any such motion must be accompanied by a proposed order and by either a stipulation under Civil Local Rule 7-12 or by a declaration that explains why a stipulation could not be obtained.

The Court ORDERS the parties to file a joint report on the status of the pending appeal and the arbitration proceedings, accompanied by a request either to continue or lift the stay of this case

///

///

///

1 | by the earlier of: (a) seven days after issuance of the mandate in Ninth Circuit Appeal No.
2 | 15-17427 or (b) November 4, 2016.
3 |     **IT IS SO ORDERED.**
4 | Dated: January 11, 2016

*[signature]*
JEFFREY S. WHITE
United States District Judge